IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON ADAMS | : | CIVIL ACTION |
| v. | : | NO. 23-1626 |
| TRANSUNION CONSUMER SOLUTIONS | : | |

## ORDER

AND NOW, this 29th day of June 2023, following oral argument during our initial pretrial conference, consistent with our Congressionally mandated screening obligation after granting leave to proceed without paying the filing fees (ECF Doc. No. 6), and finding the Complaint (ECF Doc. No. 1) is frivolous based upon false information filed in federal court and in Form 1099-C sworn to be filed with the Internal Revenue Service (ECF Doc. No. 4), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF Doc. No. 1) with prejudice as Plaintiff contrived his claims based upon a patently false Internal Revenue Service form (ECF Doc. No. 4) unrelated to his student loans allegedly reported on his credit report;

2. We **REFER** Plaintiff's filing of false information in court based upon an alleged misrepresentation to the Internal Revenue Service to the United States Attorney for the Eastern District of Pennsylvania;

3. The Clerk of Court shall serve this Order and Memorandum to our colleagues also facing Plaintiff's claims as detailed in the accompanying Memorandum; and,

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.